BRYAN SCHRODER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kelly.Cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>BLAINE BOYD DING,<br><br>     Defendant. | No. 3:19-cr-00032-RRB-MMS<br><br>COUNT 1:<br>FELON IN POSSESSION OF A<br>FIREARM AND AMMUNITION<br> Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br>COUNT 2:<br>POSSESSION OF A CONTROLLED<br>SUBSTANCE WITH INTENT TO<br>DISTRIBUTE<br> Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B)<br><br>COUNT 3:<br>POSSESSION OF A FIREARM IN<br>FURTHERANCE OF DRUG<br>TRAFFICKING<br> Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>CRIMINAL FORFEITURE<br>ALLEGATION 1<br> Vio. of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

|                                          | ) | CRIMINAL FORFEITURE |
|                                          | ) | ALLEGATION 2 |
|                                          | ) | Vio. of 21 U.S.C. § 853 and |
|                                          | ) | R. 32.2(a), Fed. R. Crim. P. |
|                                          | ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about November 3, 2018, within the District of Alaska, the defendant, BLAINE BOYD DING, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit:

1. one Bersa, model Thunder 380, .380 caliber,

2. one Bryco, model 38, .380 caliber, and

3. assorted .380 caliber ammunition.

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| September 14, 2011 | Unlawful Possession of Methamphetamine | In the Circuit Court of the State of Oregon for Douglas County | 11CR1472FE |
| January 8, 2007 | Possession of Methamphetamine | In the Circuit Court of the State of Oregon for Douglas County | 05CR2533FE |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

//

//

## COUNT 2

On or about November 3, 2018, within the District of Alaska, BLAINE BOYD DING, did knowingly and intentionally possess with intent to distribute controlled substances, to wit: 100 grams or more of a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 3

On or about November 3, 2018, within the District of Alaska, BLAINE BOYD DING, did knowingly and intentionally possess firearms, in furtherance of a drug trafficking crime, as described in Count 2 of this indictment, and did use and carry this firearm during and in relation to said offense.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), the defendant, BLAINE BOYD DING, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. one Bersa, model Thunder 380, .380 caliber, serial number 322880;

2. one Bryco, model 38, .380 caliber, serial number 119641; and

3. assorted .380 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

### CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, BLAINE BOYD DING, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

1. one Bersa, model Thunder 380, .380 caliber, serial number 322880;

2. one Bryco, model 38, .380 caliber, serial number 119641;

3. assorted .380 caliber ammunition; and

4. $1,262.00 in United States currency.

//

//

//

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ Kelly Cavanaugh
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 3/20/19